# REQUEST FOR WARRANT ON FILING OF A SUPERSEDING INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

1:20-cr-68-29

The Grand Jury returned a Superseding Indictment on August 5, 2020, against SAGE LEVI THOMPSON, charging the following:

21 USC 846 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
21 USC 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Oxycodone
18 USC 2 – Aiding and Abetting

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   Bail be set at $ _____

   ☐   Defendant be detained without bail.

COMMENTS:

Dated: 8/5/2020

_____, AUSA
DREW H. WRIGLEY
United States Attorney