# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sage Levi Thompson, | ) | Case No. 1:20-cr-68 |
| | ) | |
| Defendant. | ) | |

On September 8, 2020, Defendant appeared before the Court for a detention hearing. At the hearing, counsel for Defendant advised that he agreed with the proposal of the United States Pretrial Services Office that he attend inpatient treatment. The United States is also in agreement with the recommendation. At the present time, however, no plans have been finalized regarding Defendant's placement at such a facility.

As such, Defendant is ordered detained pending further order of the Court regarding residential facility placement. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED**.

Dated this 8th day of September, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court