Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Sage Levi Thompson<br><br>*Defendant* | )<br>)<br>) Case No.  1:20-cr-68-29<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Sage Levi Thompson ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
Possession with Intent to Distribute Oxycodone; and
Aiding and Abetting

Date: 08/06/2020

/s/ Roxanne Muffenbier
*Issuing officer's signature*

City and state:   Bismarck, ND

Roxanne Muffenbier, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/6/2020 , and the person was arrested on *(date)* 9/3/2020
at *(city and state)* Bismarck, ND .

Date: 9/1/2020

*Arresting officer's signature*

M Thyne  DUSM
*Printed name and title*